UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

SUSAN E. LEVESQUE,

    Plaintiff

v.                                                             Civil Case No. 1:19-cv-00001-LM

HUGGINS HOSPITAL,

    Defendant

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

NOW COME the parties, by their counsel, and hereby stipulate that this action is dismissed, with prejudice and without costs or interest, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii).

                Respectfully Submitted,

                SUSAN E. LEVESQUE,
                By her attorneys,
                DOUGLAS, LEONARY & GARVEY, P.C.,

Date: June 2, 2020     By:   /s/Benjamin T. King
                                        Benjamin T. King, NH Bar #12888
                                        14 South Street, Suite 5
                                        Concord, NH 03301
                                        603.224.1988
                                        benjamin@nhlawoffice.com

                HUGGINS HOSPITAL,
                By their attorneys,
                JACKSON LEWIS P.C.,

Date: June 2, 2020     By:   K. Joshua Scott
                                        Debra Weiss Ford, NH Bar #2687
                                        K. Joshua Scott, NH Bar #17479
                                        100 International Drive, Suite 363
                                        Portsmouth, NH 03801
                                        debra.ford@jacksonlewis.com
                                        603.559.2727
                                        joshua.scott@jacksonlewis.com
                                        603.559.2711